SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>O.C. Partners Inc., et al,<br><br>        Defendants | Case No. **11-cv-00445-MCE-KJN**<br><br>**ORDER RE: REQUEST TO COMPLETE SERVICE OF PROCESS ON CORPORATE DEFENDANT THROUGH SECRETARY OF STATE** |

   IT IS HEREBY ORDERED THAT, pursuant to Plaintiff's request, he may complete service of process on Defendant O.C. Partners, Inc. through the California Secretary Of State.

Dated:  September 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE: REQUEST TO COMPLETE SERVICE OF PROCESS ON CORPORATE

DEFENDANT THROUGH SECRETARY OF STATE

CIV: S-11-cv-00445-MCE-KJN - 1